**No. 26-3889, 26-3606**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

Mary B., et al.
*Plaintiff-Appellee*,

v.

TRACY DOMPELING, et al.
*Defendant-Appellant*

## STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: July 28, 2026

*/s/ Marcia Robinson Lowry*
Marcia Robinson Lowry
Counsel for Plaintiffs-Appellants

*/s/ Margaret Paton Walsh*
Margaret Paton Walsh
Chief Assistant Attorney General
Counsel for Defendants-
Appellees/Cross-Appellants